UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No.: 15-Cr-10333-LTS** |
| | ) | |
| **LEONARD LESEMAN and** | ) | |
| **STEVEN MARSZALKOWSKI,** | ) | |
| | ) | |
| **Defendants.** | | |

## STATUS REPORT

The United States of America, by and through the undersigned Assistant United States Attorney, and with the assent of counsel for defendants Leonard LESEMAN ("LESEMAN") and Steven MARSZALKOWSKI ("MARSZALKOWSKI"), submits the following status report pursuant to the Court's Order dated March 20, 2017:

1. With respect to defendant LESEMAN, defendant's counsel and undersigned counsel for the United States are continuing to explore whether this case can be resolved prior to trial. These discussions, however, were delayed as a result of (i) difficulties encountered by counsel for LESEMAN in obtaining certain of the defendant's medical records, which counsel only received on April 18, 2017; and (ii) preexisting vacation schedules of undersigned Government counsel during the week of April 19 and counsel for LESEMAN during the week of April 26, 2017. Should the parties reach an agreement, the parties will notify the Court's courtroom deputy for the purpose of scheduling a Rule 11 hearing. However, at present, both counsel anticipate that a trial is likely.

2. With respect to defendant MARSZALKOWSKI, the parties have reached a tentative agreement to resolve this matter and undersigned counsel for the United States is in the process of obtaining the requisite approvals. The parties request that a Rule 11 hearing for defendant

MARSZALKOWSKI be scheduled on one of the following mutually-agreeable dates: (1) the afternoon of May 9, 2017; (2) May 17, 2017; or (3) the afternoon of May 18, 2017.

Respectfully submitted,

WILLIAM D. WEINREB
Acting United States Attorney

By: /s/ James E. Arnold
JAMES E. ARNOLD, DCBN 426040
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3603
Email: james.arnold@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ James E. Arnold
JAMES E. ARNOLD
Assistant U.S. Attorney

Date: April 28, 2017.